**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 59 WAL 2015
                 :
           Respondent : 
                 : Petition for Allowance of Appeal from the
                 : Order of the Superior Court
        v. :
                 :
                 :
ANTHONY KEFFER, :
                 :
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.